IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IBA MOLECULAR NORTH NORTH AMERICA, INC., | ) | |
| Plaintiff, | ) | No. 08-263C |
| | ) | (Judge Miller) |
| v. | ) | |
| THE UNITED STATES, | ) | |
| Defendant. | ) | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Sean M. Dunn, as attorney of record for the United States. Service of all papers by opposing parties should be addressed as follows:

Sean M. Dunn
Trial Attorney
Commercial Litigation Branch
Civil Division
United States Department of Justice
1100 L Street, N.W., Room 4046
Washington, D.C. 20530

Attention: Classification Unit
8th Floor

s/Sean M. Dunn
Sean M. Dunn
Trial Attorney
Commercial Litigation Branch
Civil Division
TELEPHONE: (202) 616-0338
FACSIMILE: (202) 353-7988
E-mail: Sean.Dunn@usdoj.gov

Dated: April 30, 2008

**CERTIFICATE OF FILING**

I hereby certify that on the 30th day of April, 2008, a copy of the foregoing "NOTICE OF APPEARANCE" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sean M. Dunn