**UNITED STATES COURT OF FEDERAL CLAIMS**

| | | |
|---|---|---|
| IBA MOLECULAR NORTH AMERICA, INC., Plaintiff, | ) | |
| v. | ) | Case No. 08-263C (Judge C. Miller) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 18 days, to and including June 27, 2008, within which to respond to plaintiff's complaint. Defendant's response is currently due on June 9, 2008. This is our first request for an enlargement of time for this purpose. Government counsel left a voicemail for plaintiff's counsel on May 29, 2008 requesting the enlargement, but plaintiff's counsel has not responded.

Counsel is currently working on several matters, which have required counsel's attention and make this request necessary. These matters include (1) EOD Tech. v. United States, No. 08-283C (Fed. Cl.), a bid protest proceeding before the Court of Federal Claims; (2) City Line Joint Venture v. United States, No. 96-738 (Fed. Cl.), in which the Government filed its reply brief on May 23, 2008; (3) Engler v. Department of the Navy, No. 2008-3175 (Fed. Cir.), in which the Government filed its informal brief on May 27, 2008; (4) Foster v. Department of Defense, No. 2007-3264 (Fed. Cir.), in which the Federal Circuit has scheduled oral argument for June 4, 2008; and (5) American Contractors Indemnity Co. v. United States, No. 07-374C (Fed. Cl.), in which the Government's response to a RCFC 59 motion is due on June 13, 2008. Because of these other responsibilities, counsel is concerned that he will not have adequate time to prepare an appropriate response to the complaint by June 9, 2008. Counsel believes that the requested

enlargement of 18 days will allow sufficient time for counsel to prepare an appropriate response to the complaint, including the necessary consultation with the agency and the required internal supervisory review.

For the foregoing reasons, we respectfully request the Court to grant our motion for an enlargement of time of 18 days.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/Sean M. Dunn
SEAN M. DUNN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0883
Fax: (202) 353-7988

Attorneys for Defendant

May 30, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 30th day of May, 2008, a copy of the foregoing "Defendant's Motion For An Enlargment of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sean M. Dunn