UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| IBA MOLECULAR NORTH AMERICA, INC., Plaintiff, | ) | |
| v. | ) | Case No. 08-263C (Judge C. Miller) |
| THE UNITED STATES, Defendant. | ) | |

**DEFENDANT'S SECOND MOTION FOR AN ENLARGEMENT OF TIME**

Defendant respectfully requests an enlargement of time of 60 days, to and including August 26, 2008, within which to respond to plaintiff's complaint. Defendant's response is currently due on June 27, 2008. This is our second request for an enlargement of time for this purpose. By its May 30, 2008 Order, the Court granted our prior request for an enlargement of 18 days. Government counsel left a voicemail for plaintiff's counsel on June 23, 2008 requesting plaintiff's position regarding this request for an enlargement of time. Plaintiff's counsel has not responded.

This enlargement is necessary because the agency is still in the process of gathering information necessary to answer the allegations in the complaint. Because counsel does not have the information necessary to answer the complaint, counsel will not be able to prepare an appropriate response to the complaint by June 27, 2008. Counsel believes that the requested enlargement of 60 days will allow sufficient time for the agency to complete its efforts to gather the necessary information and for counsel to prepare an appropriate response to the complaint, including the necessary consultation with the agency and the required internal supervisory review.

For the foregoing reasons, we respectfully request that the Court grant our motion for an

enlargement of time of 60 days.

Respectfully submitted,

GREGORY G. KATSAS
Acting Assistant Attorney General

JEANNE E. DAVIDSON
Director

s/Reginald T. Blades, Jr.
REGINALD T. BLADES, JR.
Assistant Director

s/Sean M. Dunn
SEAN M. DUNN
Trial Attorney
Commercial Litigation Branch
Civil Division
Department of Justice
Attn: Classification Unit
1100 L Street, N.W., 8th Floor
Washington, D.C. 20530
Tele: (202) 616-0338
Fax: (202) 353-7988

Attorneys for Defendant

June 24, 2008

**CERTIFICATE OF FILING**

I hereby certify that on this 24th day of June, 2008, a copy of the foregoing "Defendant's Second Motion For An Enlargment of Time" was filed electronically. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/Sean M. Dunn